ALEXANDER B. CVITAN (SBN 81746), and
Email: alc@rac-law.com,
MARSHA M. HAMASAKI (SBN 102720), Members of
Email: marshah@rac-law.com
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Plaintiff, Construction Laborers Trust
Funds for Southern California Administrative Co. LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CONCRETE CUTTING UNLIMITED, INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. CV 11-01608 DSF (SSx)<br><br>JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between Plaintiff and Defendant and good cause appearing therefor:

IT IS HEREBY ORDERED that Judgment is entered in favor of Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA;

-1-

1  CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA;
2  LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN
3  CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR
4  CONTRACT COMPLIANCE; and LABORERS CONTRACT ADMINISTRATION TRUST
5  FUND FOR SOUTHERN CALIFORNIA, (hereinafter collectively referred
6  to as "TRUST FUNDS") and against Defendant, CONCRETE CUTTING
7  UNLIMITED, INC., a California corporation, for the principal sum
8  of $11,137.63 covering the period from January 1, 2007 through
9  April 30, 2009.

12  DATED: November 29, 2011        *Dale S. Fischer*
                                    _____
                                    DALE S. FISCHER
                                    UNITED STATES DISTRICT JUDGE
                                    CENTRAL DISTRICT OF CALIFORNIA

-2-